UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FILED**

AUG 3 0 2012

DAVID CREWS, CLERK
By X Houston
Deputy

ESTATE OF ELLA M. FULTON, DECEASED
by and through LEON FULTON, Individually
and as the Administrator of the ESTATE OF
ELLA M. FULTON, for the use and benefit of
the Heirs                                                                                    **PLAINTIFF**

V.                                                          CIVIL ACTION NO. 1:12CV187-A-S

AURORA HEALTH & REHABILITATION
(f/k/a Aurora Australis Lodge, LLC) and                                   **DEFENDANTS**
JOHN DOES 1-5

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Aurora Australis, LLC d/b/a Aurora Health & Rehabilitation ("Aurora") files this Notice of Removal of the civil action styled *Estate of Ella M. Fulton, Deceased by and through Leon Fulton, Individually and as the Administrator of the Estate of Ella M. Fulton, for the use and benefit of the Heirs vs. Aurora Health & Rehabilitation (f/k/a Aurora Australis Lodge, LLC) and John Does 1-5;* Civil Action No. 2012-0111-CV1C, from the Circuit Court of Lowndes County, Mississippi, to the United States District Court for the Northern District of Mississippi, Eastern Division. In support of this Notice, Aurora states the following:

1. Plaintiff filed this action on July 16, 2012. The lawsuit arises out of the care and treatment provided to Ella M. Fulton while a nursing home resident at Aurora in Columbus, Mississippi. According to the Complaint, Fulton suffered injuries and ultimately died as a result of Aurora's negligence.

2. In the Complaint, Plaintiff asserts claims of negligence and breach of contract against Aurora. Plaintiff also asserts claims based on vicarious liability for the actions of Aurora's employees, agents, and/or servants.

3. Aurora was served with a copy of the Complaint and Summons on August 2, 2012. This Notice of Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

4. Venue is proper in the United States District Court for the Northern District of Mississippi, Eastern Division, because that is the district in which the state court action was filed. *See* 28 U.S.C. §§ 1446(a), 104(a)(1).

5. Pursuant to 28 U.S.C. 1446(a), a copy of the Complaint and all process, pleadings, orders and other papers filed in this action and obtained by Aurora are attached as Exhibit "A."

6. The Court has diversity jurisdiction over this matter under 28 U.S.C. § 1332 because (1) the amount in controversy exceeds $75,000.00, exclusive of costs and interest, and (2) there is diversity of citizenship between the Plaintiff and Aurora.

7. It is apparent that the amount in controversy requirement is met because the Plaintiff explicitly states that she seeks punitive damages in Paragraph 11 of the Complaint. *See* Exhibit "A." As this Court has previously explained, "federal courts in Mississippi have consistently held that a claim for an unspecified amount of punitive damages under Mississippi law is deemed to exceed the amount necessary for federal jurisdiction." *Brasell v. Unumprovident Corp.*, No. 2:01-cv202, 2002 WL 1530342 at * 2 (N.D. Miss. Oct. 25, 2001), citing, *inter alia*, *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 150, 1253 (5th Cir. 1998).

8. Diversity of citizenship exists because the Plaintiff is alleged to be a citizen of Mississippi, *see* Complaint at ¶ 1, and Aurora is not a citizen of Mississippi. As set forth in detail below, Aurora Australis, LLC, is a Tennessee limited liability company whose sole member, Vanguard Healthcare, LLC, is a citizen of the state of Tennessee. No members of Vanguard

Healthcare, LLC, reside in or are citizens of the state of Mississippi. Aurora is therefore not a citizen of Mississippi. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008) (holding that the citizenship of an LLC is that of all its members).

9. Again, Aurora's sole member is Vanguard Healthcare, LLC, a Tennessee citizen. And Vanguard Healthcare's members are William D. Orand, Sr., the Orand Limited Partnership, and the Ervin General Partnership.

10. William D. Orand, Sr. is a citizen of Tennessee.

11. The Orand Limited Partnership is a Tennessee limited partnership. Its partners are William D. Orand, Sr.; Pam Orand; William D. Orand, Jr.; and Bradford Orand. William D. Orand, Sr.; Pam Orand, and Bradford Orand are all citizens of Tennessee. William D. Orand, Jr. is a citizen of Texas. Thus, the Orand Limited Partnership is a citizen of Tennessee and of Texas. *Int'l Paper Co. v. Denkmann Assocs.*, 116 F.3d 134, 137 (5th Cir. 1997) ("For the purposes of diversity jurisdiction, the citizenship of a partnership is determined by reference to the citizenship of each of its partners.")

12. The Ervin General Partnership is a Tennessee limited partnership. Its partners are Linda M. Ervin; the Jere Suzanne Smothers Irrevocable Trust; the William J. Ervin Irrevocable Trust; the Jere Murphy Smothers 2008 Irrevocable Trust; and the Thomas Mann Smothers 2008 Irrevocable Trust. Linda M. Ervin is a citizen of Tennessee. Because J. Larry Williams is the trustee for each and every one of the aforementioned trusts, and further because he is a citizen of Tennessee, the trusts are Tennessee citizens. *See Mullins v. TestAmerica, Inc.*, 564 F.3d 386, 397 n. 6 (5th Cir. 2009), citing *Navarro Savs. Ass'n v. Lee*, 446 U.S. 458, 464 (1980) (holding that the citizenship of a trust is that of its trustee). Thus, because all of its members are Tennessee citizens, the Ervin General Partnership is a Tennessee citizen. *See Int'l Paper Co.*, 116 F.3d at 137.

13. The Plaintiff has named John & Jane Does 1-30 as additional defendants. For removal purposes, however, the citizenship of a defendant sued under a fictitious name is not considered. *Doleac ex rel. Doleac v. Michalson*, 264 F.3d 470, 475 (5th Cir. 2001) (quoting 28 U.S.C. § 1441(a) which states, "For purposes of removal, . . . the citizenship of defendants sued under fictitious names shall be disregarded.").

14. For the reasons stated above, this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, and removal is proper under §§ 1441 and 1446.

15. In accordance with 28 U.S.C. § 1446(d), the Lowndes County Circuit Court and Plaintiff's counsel have been given written notice of the filing of this Notice of Removal. *See* Exhibit "B."

**WHEREFORE,** Aurora requests that the above-captioned action now pending in Lowndes County Circuit Court be removed to the United States District Court for the Northern District of Mississippi, Eastern Division, and that the District Court assume jurisdiction over this lawsuit.

This the 29th day of August, 2012.

Respectfully Submitted,

AURORA AUSTRALIS, LLC d/b/a
AURORA HEALTH & REHABILITATION

By their Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: _____
ALICIA S. HALL

W. Davis Frye (MB# 10671)
Alicia S. Hall (MB# 103580)
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, MS 39211
Phone: (601) 351-2400
Fax: (601) 351-2424

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be delivered by United States Mail, postage prepaid, a true and correct copy of the above and foregoing *Notice of Removal* to the following:

Monique Brooks Montgomery
The Montgomery Law Firm, LLC
814 2nd Avenue North
Columbus, MS 39701

This the 29th day of August, 2012.

_____
ALICIA S. HALL

```
  1 .  General Docket, Civil Cases, Circuit Court, LOWNDES COUNTY
================================================================================
No. 2012-0111-CV1                                          CFN    20839

ESTATE OF ELLA M. FULTON..., ET AL.    Counsel for Plaintiff
   VS.                                 Monique Brooks Montgomery
                                       Counsel for Defendant
AURORA HEALTH & REHABILITATION..., ET AL
NEGLIGENCE-GENERAL                             JUDGE Lee Sorrels Coleman
================================================================================
   DATE                        ORDERS, JUDGMENTS, ETC.
--------------------------------------------------------------------------------
 7/16/12 Complaint, filed.
 7/16/12 Request for Process, filed.
 7/16/12 Aurora Health & Rehabilitation... - Summons issued
         and delivered to plaintiff attorney for service.
 7/24/12 Letter From office of Baker Donelson requesting copy of the
         Complaint along with required fee, filed.  Same mailed this
         date.
 8/16/12 Process Server Summons Returned executed by personal service
         on Aurora Health & Rehabilitation by serving Jackie Johnson,
         Office Manager, OTHER THAN NAMED PROCESS AGENT, on 8-2-12
         By: Sonny Sanders,Process Server,filed.**ENTER CD W/EXCEPT**
```

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2009)

**Court Identification Docket #:** 44 / CT / County # 44 / Judicial District / Court ID CT

**Case Year:** 2012

**Docket Number:** 0111 / CVC

**Date filed (Month/Date/Year):** 07/16/12

*This area to be completed by clerk*

**In the** CIRCUIT **Court of** LOWNDES **County** — **Judicial District** —

### Origin of Suit
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

### Plaintiff
**Individual:** FULTON (Last Name), LEON (First Name)

[X] Check if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
**Estate of:** ELLA M. FULTON (D) and her heirs

**Address of Plaintiff:** 2311 WASHINGTON AVENUE, COLUMBUS, MS 39701

**Attorney (Name & Address):** Monique Brooks Montgomery, 814 2nd Avenue North, Columbus, MS 39701 — **MS Bar No.** 10720

Signature of Individual Filing: *[signature]*

### Defendant
**Business:** AURORA HEALTH and REHABILITATION (f/k/a Aurora Australis Lodge, LLC)-Incorporated in MS

### Damages Sought
Compensatory $ ____  Punitive $ ____

### Nature of Suit
**Torts:** [X] Negligence - General

IN THE CIRCUIT COURT OF LOWNDES COUNTY
STATE OF MISSISSIPPI

ESTATE OF ELLA M. FULTON, Deceased
by and through LEON FULTON, Individually
and as the Administrator of the ESTATE OF ELLA
M. FULTON, for the use and benefit of the Heirs        PLAINTIFF

V.        CIVIL ACTION NO. 2012-0111-CV1C

AURORA HEALTH & REHABILITATION
(f/k/a Aurora Australis Lodge, LLC)
and JOHN DOES 1-5        DEFENDANTS

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant Aurora Health & Rehabilitation ("Defendant") hereby gives notice to the Circuit Court of Lowndes County, Mississippi, that Defendant filed a Notice of Removal with the United States District Court for the Northern District of Mississippi, Eastern Division, and that this case has been removed to that court. A true and correct copy of the Notice of Removal is attached as Exhibit "A."

The Circuit Court of Lowndes County, Mississippi, is respectfully requested to proceed no further in this action unless the action is remanded by order of the United States District Court for the Northern District of Mississippi.

This 29 day of August, 2012.

Respectfully submitted,

AURORA HEALTH &
REHABILITATION

By Its Attorneys,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

By: _____
ALICIA S. HALL

EXHIBIT B

W. Davis Frye (MB# 10671)
Alicia S. Hall (MB# 103580)
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park (39211)
P.O. Box 14167
Jackson, Ms 39236
Phone: (601) 351-2400
Fax: (601) 351-2424

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed the foregoing *Notice of Filing Notice of Removal* via U.S. mail, postage prepaid, to the following:

Monique Brooks Montgomery
The Montgomery Law Firm, L.L.C.
814 2nd Avenue North
Columbus, MS 39701

This 29th day of August, 2012.

ALICIA S. HALL

2